CHAFFEE COUNTY SHERIFF OFFICE
641 W 3RD ST
SALIDA, CO 81201
Phone 7195392814

| DOCKET NUMBER | FILE NUMBER |
|---|---|
| 16000452 | 16CV02819 |

THE PRUDENTIAL INSURANCE COMPANY

VS.

MICHAEL SOMMERFIELD, ANGELINA LUCERO, ALYSSA LUCERO, PENNY MCANALLY, AND MARK DRUMMOND

STATE OF COLORADO )
) SS.   SHERIFF'S RETURN
COUNTY OF CHAFFEE

**X**   I HEREBY CERTIFY THAT I HAVE DULY SERVED THE
SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT, CIVIL COVER SHEET, DISCLOSURE STATEMENT, INSTRUCTIONS, ORDER, SCHEDULING ORDER & CONSENT/NON-CONSENT FORM
Date 12/09/16   Time 7:00 p.m.

PERSON SERVED:
**MICAHEL SOMMERFIELD**
**BUENA VISTA CORRECTIONAL FACILITY, 15125HWY 24 & 285, BUENA VISTA, CO. 81211**

WITHIN THE COUNTY OF CHAFFEE AND THE STATE OF COLORADO

COMMENTS:
**MICHAEL SOMMERFIELD WAS SERVED PERSONALLY AT HIS USUAL PLACE OF ABODE.**

___

I have made diligent efforts, but I have been unable to serve the
SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT, CIVIL COVER SHEET, DISCLOSURE STATEMENT, INSTRUCTIONS, ORDER, SCHEDULING ORDER & CONSENT/NON-CONSENT FORM
Because _____

I am returning these papers unserved on this _____ day of _____, _____

JOHN SPEZZE, SHERIFF

**ROBIN BURGESS**
DEPUTY                DEPUTY SIGNATURE

*Note: Colorado law does not require civil returns to be notarized when the papers are served by a deputy Sheriff. However, Notary Services may be requested for in-state papers and are required for out-of-state papers.*

SUBSCRIBED AND SWORN TO BEFORE ME THIS 12th DAY OF December, 2016
MY COMMISSION EXPIRES 02-20-2020
NOTARY PUBLIC

Tamara L. MacDonald
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084006024
MY COMMISSION EXPIRES 02/20/2020

CHAFFEE COUNTY
COLORADO
SEAL
SHERIFF'S OFFICE

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

RECEIVED

CHAFFEE COUNTY
SHERIFF'S OFFICE

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>MICHAEL SOMMERFIELD, ANGELINA LUCERO, ALYSSA LUCERO, PENNY MCANALLY, as guardian and next friend of A.W., a minor, and MARK DRUMMOND, as guardian and next friend of A.L., a minor<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-02819 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL SOMMERFIELD
15125 US-24
BUENA VISTA, COLORADO 81211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph T. VanLandingham
Polsinelli PC-Denver
1515 Wynkoop
Suite 600
Denver, CO 80202
303-572-9300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/21/2016

s/ s phillips
*Signature of Clerk or Deputy*

**CHAFFEE COUNTY SHERIFF**
**JOHN SPEZZE, SHERIFF**
PO BOX 699
SALIDA, CO 81201

FILE#: 16CV02819    SHERIFF'S # 16000452

RECEIVED: D'ARCAMBAL,OUSLEY & CUYLEI
FOUR CENTURY DRIVE
PARSIPPANY, NJ 07054

RETURN TO: D'ARCAMBAL OUSLEY & CUYLE
PROCESS: SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT,CIVIL COVER SHEET,DISCLOSURE STATEMENT,INSTRUCTIONS,ORDER,SCHEDULING ORDER & CONSENT/NON-CONSENT FORM

THE PRUDENTIAL INSURANCE COMP,
PLAINTIFF

VS.

MICHAEL SOMMERFIELD,ANGELINA ALYSSA LUCERO,PENNY MCANALLY AND MARK DRUMMOND
DEFENDANT

RECEIVED: 12/07/2016

| Docket# | # | Instrument | Person To Be Served | Received Date | Service Time | Service | Mileage | Other | |
|---|---|---|---|---|---|---|---|---|---|
| 16000452 | 1 | SUMMONS & COMPLAINT FOR DECLARATORY JUDGMENT,CIVIL COVER SHEET,DISCLOSURE STATEMENT,INSTRUCTIONS,ORDER,SCHEDULING ORDER & CONSENT/NON-CONSENT FORM | SOMMERFIELD,MICHAEL | 12/07/2016 | 19:00 | 35.00 | 25.00 | 0.00 | |
| | | | | | | | Total | | 62.00 |

| | | | |
|---|---|---|---|
| SERVED TO: | SOMMERFIELD,MICHAEL | SERVICED: | 12/09/2016 |
| | 15125 US 24 | RETURNED: | 12/12/2016 |
| | BUENA VISTA, CO 81211 | SERVED BY: | BURGESS,ROBIN |

| | |
|---|---|
| SERVICE FEES: | 35.00 |
| NOTARY FEES: | 2.00 |
| MILEAGE FEES: | 25.00 |
| OTHER FEES: | 0.00 |
| TOTAL FEES: | 62.00 |
| TOTAL PAID: | 62.00 |
| BALANCE DUE: | 0.00 |

PLEASE RETURN THIS STATEMENT, WITH REMITTANCE, TO ABOVE ADDRESS

(Paid receipts will be sent on written request only)

COMMENT: